UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RAYLIN ISMAEL REINOSO MATOS,

     Petitioner,

    v.                                                            CAUSE NO. 3:26cv610 DRL-SJF

BRIAN ENGLISH,

     Respondent.

<u>ORDER</u>

The court conditionally granted the petition for a writ of habeas corpus and ordered the Warden to release Raylin Ismael Reinoso Matos from custody by June 22, 2026, only if he remained detained without a custody redetermination before an immigration judge in accordance with 8 U.S.C. § 1226(a) and corresponding regulations by June 22, 2026, at 5:00 pm ET. The Warden has notified the court that Mr. Reinoso Matos had a custody redetermination hearing before an immigration judge on June 18, 2026. Therefore, the court DIRECTS the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED.

July 6, 2026                    <u>*s/ Damon R. Leichty*</u>
                                   Judge, United States District Court